```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ASHTON HERNANDEZ, et al.,                :
                                         :
                    Plaintiffs,          :    24cv4846 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
ZENLEN, INC.,                            :
                                         :
                    Defendant.           :
-----------------------------------------X
```

DENISE COTE, District Judge:

The complaint in this action was filed on June 26, 2024. On September 18, the defendant moved to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. That motion became fully submitted on October 23. Accordingly, it is hereby

ORDERED that the plaintiffs shall have one opportunity to amend their complaint. The plaintiffs shall by **December 20, 2024** advise the Court whether they intend to amend their complaint. The plaintiffs are unlikely to have further opportunity to amend.

IT IS FURTHER ORDERED that if the plaintiffs choose to amend their complaint, the amended complaint is due **January 17, 2025.**

Dated:    New York, New York
          December 11, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge