```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ASHTON HERNANDEZ, et al.,                :
                                         :
                    Plaintiffs,          :    24cv4846 (DLC)
                                         :
               -v-                       :         ORDER
                                         :
ZENLEN, INC.,                            :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter of December 20, 2024, indicating that the plaintiffs will file an amended complaint, it is hereby

ORDERED that the defendant's September 18, 2024 motion to dismiss is denied as moot without prejudice to renewal.

IT IS FURTHER ORDERED that the amended complaint is due **January 17, 2025**. It is unlikely that the plaintiffs will have further opportunity to amend.

IT IS FURTHER ORDERED that briefing on any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **January 31, 2025**
- Opposition served by **February 14, 2025**
- Reply served by **February 21, 2025**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:    New York, New York
          December 20, 2024

                                  _____
                                         DENISE COTE
                                  United States District Judge