UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ASHTON HERNANDEZ, on behalf of herself
and all others similarly situated,

                      Plaintiff,

    -against-                                      24 **CIVIL** 4846 (DLC)

                                                        **JUDGMENT**

ZENLEN, INC.,

                      Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 09, 2025, Zenlen's January 31, 2025 motion to dismiss the FAC is granted; accordingly, the case is closed.

**Dated:** New York, New York

      April 9, 2025

                                                    **TAMMI M HELLWIG**

                                                    _____
                                                           **Clerk of Court**

                            BY:

                                                         _____
                                                           **Deputy Clerk**